JOANNE LOVALL, as Executor of ANDREW R. BASCH, Deceased, Appellant, v GRAVES BROS., INC., et al., Respondents. (Appeal No. 2.) [879 NYS2d 752]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered May 18, 2007 in a personal injury action. The order denied the motion of Andrew R. Basch for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Lovall v Graves Bros., Inc.* (63 AD3d 1528 [2009]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.